UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JOHN FRANK MANDARELLI, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>WARDEN, MAINE STATE PRISON, )<br>)<br>Respondent ) | Civil No. 06-125-B-W |

## RECOMMENDED DECISION ON 28 U.S.C. § 2254 PETITION

John Mandarelli has filed a 28 U.S.C. § 2254 petition. The State of Maine, on behalf of the Warden of the Maine State Prison, has filed a motion to dismiss (Docket No. 7) arguing that the petition is untimely.

The one-year statute of limitations for filing 28 U.S.C. § 2254 petitions is found in 28 U.S.C. § 2244(d)(1). Subsection (2) of § 2244(d) provides that the "time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection."

Mandarelli's 28 U.S.C. § 2254 petition is time-barred by application of the one-year statute of limitations contained in 28 U.S.C. § 2244(d). Mandarelli's judgments of conviction became final on July 23, 2003, when his twenty-one-day period for filing both a notice of direct appeal of right of his convictions and an application for leave to appeal his sentences expired. On July 24, 2003, the § 2244(d) statute of limitations deadline began to run. On June 1, 2004, the 315th day of the running of the statute, Mandarelli

initiated a state post-conviction review proceeding, a collateral proceeding that pursuant to § 2244(d)(2) tolled the running of the one-year deadline until November 8, 2005, when the Maine Law Court issued its order denying Mandarelli's request for a certificate of probable cause to appeal from the Superior Court's denial of his state post-conviction petition. After this denial, the 28 U.S.C. § 2244(d) one-year deadline began to run again on November 9, 2005, and expired on December 28, 2005.  Mandarelli's 28 U.S.C. § 2254 petition was not signed by Mandarelli until October 1, 2006, and Mandarelli's petition is time-barred. See, e.g., David v. Hall, 318 F.3d 343, 345 (1st Cir. 2003); Donovan v. Maine, 276 F.3d 87 (1st Cir. 2002).

Accordingly, I recommend that the Court **GRANT** the motion to dismiss (Docket No. 7) and **DISMISS** Mandarelli's 28 U.S.C. § 2254 petition as it is untimely.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof.  A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

January 3, 2007.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge